Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)    FILED 10 JUL '23 14:09 USDC-ORP

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Portland Division

| | |
|---|---|
| Aaron Mindiola<br><br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>State of Arizona,<br>Arizona Maricopa County,<br>Hon. Judge Bergin's (Retired),<br>and Arizona DES DCSS<br><br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. 3:23-CV-1008-SB<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.


103227

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Aaron J. Mindiola |
| Address | 1715 3rd Street |
| | Columbia City / Oregon / 97018 |
| | *City / State / Zip Code* |
| County | Columbia County |
| Telephone Number | (971) 570-4385 |
| E-Mail Address | aaron.j.mindiola@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kris Maves |
| Job or Title *(if known)* | Arizona State Attorney General |
| Address | 2005 N. Central Ave. |
| | Phoenix / AZ / 85004-4085 |
| | *City / State / Zip Code* |
| County | Maricopa County |
| Telephone Number | (602) 542-5025 |
| E-Mail Address *(if known)* | AGInfo@azag.gov |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Jennifer Pokorski (C/O County Attorney Rachel Mitchell) |
| Job or Title *(if known)* | County Manager of Arizona Maricopa County |
| Address | 225 West Madison Street |
| | Phoenix / AZ / 85003 |
| | *City / State / Zip Code* |
| County | Maricopa County |
| Telephone Number | (602) 506-3411 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| | |
|---|---|
| E-Mail Address *(if known)* | media@mcao.maricopa.gov |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Hon. Judge Bergin (Retired) | (C/O Jeff Fine AZ Clerk) |
| Job or Title *(if known)* | |
| Address | 601 W. Jackson Street |
| | Phoenix / AZ / 85003 |
| | *City / State / Zip Code* |
| County | Maricopa County |
| Telephone Number | (602) 372-5375 |
| E-Mail Address *(if known)* | coccustomerrelations@maricopa.gov |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Angie Rodgers | (C/O Jeff Fine AZ Clerk) |
| Job or Title *(if known)* | Director of Arizona Department of Economic Security |
| Address | 2005 N. Central Ave. |
| | Phoenix / AZ / 85004-4085 |
| | *City / State / Zip Code* |
| County | Maricopa |
| Telephone Number | (602) 542-4791 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

> 5th and 14th Amendment (Due Process, and Equal Privileges and Immunities, and Discrimination based on Veteran Status):
> 28 U.S.C. §1331; 1332, 1367, and 1391
> 18 U.S.C. §241, and 2421983 Complai
> A.R.S. §25-403(5)
> In Re: Gault 387 U.S. 1 (1967)
> Santosky v. Kramer, 455 U.S. 745 (1982)
> Sherar v. Cullen, 481 F.2d, 946 (1973)
> Williams I, 317 U.S. 287 (1942)
> Williams II, 325 U.S. 226 (1945)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

> N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant 1: State of Arizona
   Count 1. Deprivation of Due Process and Equal Protections under the law by allowing the Hon. Judge Bergin's conduct of discrimination, bias and negligence to continue to cause irreparable harm against Plaintiff

Defendant 2: Arizona Maricopa County
   Count 2. Negligence in training and oversight over Department of Child Services practices and policies.

Defendant 3: Hon. Judge Bergin (Retired)
   Count 3. Lacking Jurisdiction - Took jurisdiction over the Dissolution case even though Plaintiff had challenged Arizona jurisdiction due to the Bona Fide connection the Family had with Oregon.
   Count 4. Bias/Prejudice/Discrimination towards Plaintiff; a Protected Veteran with Disabled VA rating - Deprivation of equal privileges and immunities by attempting to force disclosure of Plaintiffs Veterans mental health records while protecting the disclosure of ex-wifes Mental Health records.
   Count 5. Discriminating against Plaintiff by awarding attorney's fees against Plaintiff, contrary to a Minute Entry entered into Arizona court record by the Courts own clerk claiming egregious conduct by Plaintiffs opposing party's Attorney. Plaintiff is concerned that this sets a dangerous precedent for which anyone who is bringing suit against a veteran may treat the courts staff egregiously without any fear of repercussions.
   Count 6. Performance of Financial functions (not judicial functions) for the calculations of spousal maintenance, child support, et al. without seeking council from a forensic financial advisor thus partaking in fraud by bogus calculations of the real value of assets; etc.
   Count 7. Intentionally ordering the removal of daughter from Oregon, thus putting daughter in a position where she was hindered from seeking council. Plaintiff is not bringing suit on daughter's behalf, but is seeking damages from emotional harm incurred.
   Count 8. Removal and parental rights without just cause. Financial devistation causing the inability for Father to fly to Arizona to visit son.

Defendant 4: Department of Child Services
   Count 9. Violation of Due Process - Deprivation of policies and procedures for cause by not providing Plaintiff with any form of financial statements illustrating where and how the distribution of funds are being allocated from Plaintiffs IWO.
   Count 10. Violating Due Process by demanding Plaintiffs financial records before considering providing relief from suspending Plaintiffs Drivers Licenses or Passport. Plaintiffs argument is not that this party is required to provide relief, but rather if they voluntarily choose to provide a relief program, that they must show relevant statute on why they are asking for financial records prior to granting such relief; especially if it isn't relevant. Additionally, that they may not discriminate or grant favor to any individual over any other contrary to Federal Anti-Discrimination Laws.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A.    Where did the events giving rise to your claim(s) occur?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

> State of Arizona

B. What date and approximate time did the events giving rise to your claim(s) occur?

> Augest 10th, 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

A military family which includes; the Plaintiff (Father) a U.S. Navy submarine veteran with a disability rating, the Mother, and the two biological children to the marriage.

Both parents were age 37 at time of Petition for Dissolution, and both have Bachelor degrees and both having no indication of unfitness to parent.

Daughter (Samantha) is 18yr, and son (L.M.) is 12yr of age. Duration of marriage was 16 years.

2001   Plaintiff (Father) grew up in California and then married there at the age of 19. Parents stayed living in California and both parents worked at various jobs.
2004   Samantha (daughter) is born
2007   Great recession hits the United States (housing market crash)
2008   Plaintiff joins the Navy in response to hard times
2009   Family moves to South Carolina (Navy School – Shore Duty)
2010   Family moves to Connecticut (Navy School – Shore Duty)
2010-2014   Family moves back to California (Submarine Sea Duty)
Logan (son) is born
2014-2017   Family moved to Washington for Johns Shore Duty and then purchased a home there.
2017-2018   Family moves to Oregon and permanently domiciles there, but father temporarily moves to Arizona for work with the expectation of transferring back to the Oregon satellite location after completion of training.

Mother struggles with College in Oregon and sends kids to live with Fathers parents in California.

Mother migrates to Arizona and serves Father with a Petition for Dissolution.

Fathers attorney ill-advises father to attend the hearing and accept jurisdiction.

Arizona asserts jurisdiction despite Father from firing Attorney and then later contending to it.
2019   Daughter is forced by the State of Arizona to relocate from California to Arizona, but lives with Father due to physical altercations between Mother and Daughter which is on record

2020   COVID-19 pandemic hits

Global travel is stopped, and father is forced to vacate his job as a Global Product Support Technician

Father takes daughter and moves back to home state of Oregon for non-global traveling employment despite Arizona Court Orders.

2021   Decree of Dissolution is Entered on March 31st 2021

Order of Assistance granted to forcefully remove Samantha from Oregon to Arizona. Decree inflicts immense financial harm on Father and complains about Fathers conduct of relocating to Oregon with Daughter and also complains about Father not providing his military mental health records.

August 10th, 2022   Arizona Court of Appeals Decision - Plaintiff has cause for concern. Plaintiff (Father) received severe financial ruin of over $100k showing up on his credit report in back child support. Father sought Appeals through the Arizona Appellate Court (Declined Relief) and Arizona Supreme Court (Declined to Review). Father failed to seek Reconsideration from Arizona Supreme Court in timely matter.

July 10th, 2023
Father seeks any available relief (not an appellate decision) via Civil Rights Suit filed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

> Needed to attend counseling sessions. Sought medical treatment for irregular heart rythem.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

> Plaintiff is not asking for appellate decision, vacation, or reversal of any State Court Final Decision.
>
> However, Plaintiff is instead seeking $500,000 in damages and/or any other available remedy for tort damages incurred. The basis for these claims are the mental anguish and humiliation along with the willful and egregious violations of my 5th and 14th Amendments (Due Process and Equal Privileges and Immunities).

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/10/2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Aaron J. Mindiola

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City, State, Zip Code:
Telephone Number:
E-mail Address: