IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AARON JACOB MINDIOLA**,<br><br>    Plaintiff,<br><br>  v.<br><br>**STATE OF ARIZONA** *Kris Mayes, Arizona State Attorney General*, **ARIZONA MARICOPA COUNTY** *Jennifer Pokorski, County Manager for Maricopa County*, **HON. JUDGE BERGIN**, **ARIZONA DES DCSS** *Angie Rodgers Director of Arizona Department of Economic Security*,<br><br>    Defendants. | Case No. 3:23-cv-01008-SB<br><br>**JUDGMENT** |

Based on the Court's Order, ECF 45, **ADOPTING** Judge Beckerman's F&R, ECF 33, **IT IS ADJUDGED** that Plaintiff's claims against Maricopa County and Jennifer Pokorski are **DISMISSED** without prejudice.

DATED this 23rd day of February, 2024.

/s/ Karin J. Immergut<br>
Karin J. Immergut<br>
United States District Judge